v.

**ARIOSA DIAGNOSTICS, INC.**, Appellee.

No. 2015-1413.

United States Court of Appeals, Federal Circuit.

Feb. 8, 2016.

**INTERFACE, INC.**, Appellant

v.

**TANDUS CENTIVA INC.**, Appellee.

Nos. 2015-1475, 2015-1668.

United States Court of Appeals, Federal Circuit.

Feb. 8, 2016.

Candice C. Decaire, Kilpatrick Townsend & Stockton LLP, Atlanta, GA, argued for appellant. Also represented by Adam Howard Charnes, Winston–Salem, NC.

Barry J. Herman, Womble Carlyle Sandridge & Rice LLP, Baltimore, MD, argued for appellee. Also represented by Preston Hamilton Heard, Dana E. Stano, Atlanta, GA.

REYNA, BRYSON, and CHEN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**